United States District Court
District Of Maine

| | | |
|---|---|---|
| David E. Murray, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Docket No. 2:15-cv-00484-DBH |
| Wal-Mart Stores, Inc. et al. | ) | |
| | ) | |
| Defendants. | ) | |

### Plaintiff's Motion for Leave to File First Amended Complaint

Under Fed. R. Civ. P. 15(a)(2), Plaintiff David Murray seeks leave of Court to amend his complaint solely to add an additional adverse action that did not occur until October 5, 2016, the termination of Plaintiff's employment by Defendants. The proposed First Amended Complaint is attached as Exhibit 1. The changes from the original Complaint are confined to paragraphs 3A, 52A-52X and 60A.

The grounds for this Motion are as follows:

First, this motion is timely because it concerns an adverse action that did not happen until October 5, 2016. In addition, Plaintiff's counsel notified Defendants' counsel on October 12, 2016 of Plaintiff's intent to amend his complaint to add this adverse action and Plaintiff's counsel notified the Court on October 13, 2016 (ECF No. 33).

<u>Second</u>, Rule 15(a) provides that leave to amend pleadings "shall be freely given when justice so requires." *See, e.g., J.S. McCarthy, Co. v. Brausse Diecutting & Converting Equip., Inc.*, 226 F.R.D. 14, 17 (D. Me. 2005) (following "the liberal dictates" of this Rule to allow amendment of complaint even after deadline in scheduling order). *See generally Foman v. Davis*, 371 U.S. 178, 182 (1962) ("In the absence of any apparent or declared reason— such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be "freely given.").

<u>Third</u>, because Plaintiff's proposed claims relating to the October 5, 2016 adverse action substantially overlap with the facts and legal theories in Plaintiff's original complaint, amending the complaint to litigate these claims together will promote judicial economy and efficiency.

Because good cause has been shown, the Court should grant Plaintiff's Motion for Leave to File First Amended Complaint.

Date: November 11, 2016           Respectfully submitted,


                                        /s/ David G. Webbert

David G. Webbert, Esq.
Max I. Brooks, Esq.
Johnson, Webbert & Young, L.L.P.
160 Capital Street, P.O. Box 79
Augusta, Maine 04332-0079
(207) 623-5110
dwebbert@johnsonwebbert.com
mbrooks@johnsonwebbert.com

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on November 11, 2016, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to the following:

Ronald W. Schneider, Jr., Esq.
rschneider@bernsteinshur.com

Peter F. Herzog, Esq.
pherzog@bernsteinshur.com

Date: November 11, 2016                     /s/ David G. Webbert