UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVID E. MURRAY )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>WAL-MART STORES, INC. and WAL-MART )<br>STORES, EAST, L.P. )<br>)<br>      Defendants. | Civil No. 2:15-CV-00484-DBH |

**MOTION TO EXTEND TIME TO PRODUCE DOCUMENTS, TO SEEK
CLARIFIATION OF MARCH 17, 2017 REPORT OF HEARING & ORDER RE:
DISCOVERY DISPUTE AND TO SEEK CLARIFICATION OF EFFECT AND
VALIDITY OF MARCH 13, 2017 AMENDED MEMORANDUM DECISION AND
ORDER ON DISCOVERY DISPUTE**

Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores, East, L.P. ("Defendants" or "Wal-Mart"), by and through undersigned counsel, move for an extension of time and clarification of the Court's March 17, 2017 Report of Hearing & Order Re: Discovery Dispute.

    1.    On March 17, 2017, Defendants were ordered to produce for *in camera* review any notes taken during the September 5, 2014 interview of plaintiff, with the date set for production as March 22, 2017. (ECF No. 57.)

    2.    The Defendants seek a one week extension until March 29, 2017 to produce any notes. Plaintiff's counsel consents to the request for an extension.

    3.    Defendants also seek clarification of the Court's March 17 order as well as the effect of the Court's March 13, 2017 Amended Memorandum Decision and Order on Discovery Dispute, (ECF No. 52), which the parties and the court have recognized does not address specifically the production or discoverability of the particular notes that are the subject of the Court's March 17 Order.

    4.    In order to preserve any rights of appeal or objection, Defendants request that the Court confirm that Defendants have not waived and will not waive any further argument that the

notes or portions of the notes in question are privileged or otherwise not subject to discovery irrespective of whether they or portions may constitute a statement under Fed. R. Civ. P. 26(b)(3)(C).

5. With respect to the Court's March 13, 2017 Amended Memorandum Decision and Order on Discovery Dispute, Defendants request clarification as to whether the Order remains in effect and is valid, requiring Defendants to object by March 27 if they to choose to do so.

WHEREFORE, Defendants respectfully request that the Court (1) grant an extension of time for Defendants to produce any notes of a September 5, 2014 interview of the Plaintiff; (2) confirm that Defendants do not waive any further argument regarding the production of the notes in question after their production for *in camera* review and (3) confirm whether the March 13, 2017 Decision and Order remains in effect.

DATED this 21st day of March, 2017.

                                                        */s/ Ronald W. Schneider, Jr.*
                                                       Ronald W. Schneider, Jr.
                                                       Peter F. Herzog
                                                       Attorneys for Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P.

BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
(207)774-1200 (t)
(207) 774-1127 (f)
rschneider@bernsteinshur.com
pherzog@bernsteinshur.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the date indicated below the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which was generated as a result of electronic filing to all counsel listed below:

> David G. Webbert, Esq.
> Max I. Brooks, Esq.
> Johnson, Webbert & Young, L.L.P.
> 160 Capital Street, P.O. Box 79
> Augusta, ME  04332-0079

Dated:  March 21, 2017                                          /s/ *Ronald W. Schneider, Jr.*
                                                                                Ronald W. Schneider, Jr.