United States District Court
District Of Maine

| | |
|---|---|
| David E. Murray, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>) | Docket No. 2:15-cv-00484-DBH |
| Wal-Mart Stores, Inc. et al. )<br>)<br>   Defendants. ) | |

### Plaintiff's Motion for Immediate Stay of All Deadlines and Motion of Plaintiff's Counsel for Leave to Withdrawal

Under Fed. R. Civ. P. 6(b) and 16(b)(4), Plaintiff David Murray requests that the Court immediately stay all remaining deadlines in the Court's Scheduling Order (ECF No. 67); and under Local Rule 83.2(c) Plaintiff's current counsel, David G. Webbert and Max I. Brooks, request leave of Court to withdraw their appearances in this action.

The reasons for this motion are as follows:

    1.  This afternoon Plaintiff instructed his undersigned counsel to immediately request a continuance of all deadlines in his case.

    2.   Professional considerations require termination of undersigned counsel's representation of Plaintiff. *See* Maine Rule of Professional Conduct 1.16.

3. Plaintiff needs time to retain new counsel and for new counsel to familiarize themselves with the case in order to adequately represent Plaintiff going forward.

Because good cause has been show, the Court should grant this motion.

Date:  May 9, 2017                                         Respectfully submitted,

/s/ David G. Webbert
David G. Webbert, Esq.
/s/ Max I. Brooks
Max I. Brooks, Esq.
Johnson, Webbert & Young, L.L.P.
160 Capital Street, P.O. Box 79
Augusta, Maine 04332-0079
(207) 623-5110
dwebbert@johnsonwebbert.com
mbrooks@johnsonwebbert.com

*Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that on May 9, 2017, I (1) electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record; and (2) served a copy of this filing by email on the Plaintiff.

Date: May 9, 2017                                      /s/ David G. Webbert