UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVID E. MURRAY, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>WAL-MART STORES, INC., et al., )<br>)<br>    Defendants ) | No. 2:15-cv-00484-DBH |

### REPORT OF HEARING AND ORDER RE: CASE STATUS AND PLAINTIFF'S MOTION TO EXTEND TIME TO RETAIN NEW COUNSEL

Held in Portland by telephone on June 27, 2017, at 2:00 p.m.

Presiding: John H. Rich III, United States Magistrate Judge

Appearances: For the Plaintiff: David Murray, *pro se*

For the Defendants: Ronald Schneider, Jr., Esq.
Amber Attalla, Esq.

The telephone conference was held at my request to receive an update on the status of the case and to consider the plaintiff's motion, filed *pro se*, to extend the deadline for him to retain successor counsel (ECF No. 74).

On May 9, 2017, the plaintiff's previous counsel filed a motion to withdraw and a motion to stay all deadlines to allow the plaintiff to obtain new counsel. *See* ECF No. 71. On May 11, 2017, Judge Hornby granted the motion to withdraw and granted in part the motion to stay all deadlines by extending all deadlines 30 days. *See* ECF No. 72. Successor counsel did not appear within the 30-day period, but on June 21, 2017, the plaintiff sent a letter to the court attaching two

doctor's letters and requesting additional time to secure counsel.  I instructed the clerk of court to file the letter as a motion, s*ee* ECF No. 74, and to convene a teleconference.

During the teleconference, the plaintiff expressed a strong desire to find a new attorney, explained his inability to represent himself *pro se*, and described his extensive efforts to find successor counsel.  Without objection, I **_GRANTED_** the plaintiff's motion and **_ORDERED_** that the plaintiff either retain counsel by July 27, 2017, or file a status report by July 27, 2017, explaining his efforts to do so.  I further **_ORDERED_** that, in the event that the plaintiff is able to retain new counsel, new counsel enter an appearance promptly so that a further status conference can be convened to discuss remaining pretrial deadlines.   In the interim, the remaining pretrial deadlines are **_STAYED_** until July 27, 2017.

_SO_ _ORDERED_.

## CERTIFICATE AND NOTICE

A. This report fairly reflects the actions taken at the hearing and shall be filed forthwith.

B. In accordance with Fed. R. Civ. P. 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.  Failure to file a timely objection shall constitute a waiver of the right to review by the district court and to any further appeal of this order.

Dated this 30th day of June, 2017.

/s/  John H. Rich III
John H. Rich III
United States Magistrate Judge