UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVID E. MURRAY, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )    No. 2:15-cv-00484-DBH |
| | ) |
| WAL-MART STORES, INC. et al., | ) |
| | ) |
|     Defendants | ) |

**REPORT OF HEARING AND ORDER RE: CASE STATUS AND SCHEDULING**

Held in Portland by telephone on August 10, 2017, at 2:00 p.m.

Presiding:        John H. Rich III, United States Magistrate Judge

Appearances:     For the Plaintiff: Stefan Jouret, Esq.

                      For the Defendants: Ronald Schneider, Jr., Esq.
                                      Amber Attalla, Esq.

The telephone conference was held at my request to assess the status of the case and to schedule the remaining pretrial deadlines. During the previous teleconference, on June 27, 2017, I granted the plaintiff's motion, filed *pro se*, *see* ECF No. 74, to extend the deadline for him to retain new counsel, and reset the deadline to do so to July 27, 2017. *See* Report of Hearing and Order, ECF No. 78. On July 6, 2017, Attorney Jouret entered his appearance as new counsel for the plaintiff. *See* ECF No. 79.

During the teleconference, Attorney Jouret orally moved to extend the discovery deadline by 90 days. Over the defendants' objection, I **_GRANTED_** the plaintiff's motion. In granting the

motion, I stated that the extension of the discovery deadline was to accommodate the completion of discovery already noticed, and not to initiate new discovery, absent good cause shown.

I also noted that the defendants filed their renewed notice of intent to file a motion for summary judgment pursuant to Loc. R. 56(h) on July 26, 2017, *see* ECF No. 80, and I **_RULED_** that the notice would be held in abeyance until the completion of discovery.

Finally, I **_RESET_** all remaining deadlines as follows:

1. Deadline To Complete Discovery: November 8, 2017.

2. Deadline To File Notice of Intent To File a Motion for Summary Judgment and Need for a Pre-Filing Conference Pursuant to Local Rule 56(h): November 15, 2017.

3. Deadline To File Dispositive and *Daubert*/*Kumho* Motions: November 29, 2017.

4. Expected Trial Date: January 8, 2018.

**_SO ORDERED_**.

### CERTIFICATE AND NOTICE

A. This report fairly reflects the actions taken at the hearing and shall be filed forthwith.

B. In accordance with Fed. R. Civ. P. 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof. Failure to file a timely objection shall constitute a waiver of the right to review by the district court and to any further appeal of this order.

Dated this 11th day of August, 2017.

/s/ John H. Rich III
John H. Rich III
United States Magistrate Judge