United States District Court
District of Maine

| | |
|---|---|
| David E. Murray, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   Docket No. 2:15-cv-00484-DBH |
| Wal-Mart Stores, Inc. et al. | ) |
| | ) |
|     Defendants. | ) |

**Plaintiff's Second Motion for Immediate Stay of All Deadlines and Motion of Plaintiff's Counsel for Leave to Withdraw**

Under Fed. R. Civ. P. 6(b) and 16(b)(4), Plaintiff David Murray requests that the Court immediately stay all remaining deadlines in the Court's Scheduling Order (ECF No. 84). Further, under Local Rule 83.2(c), Plaintiff's current counsel, Stefan L. Jouret, requests leave of Court to withdraw his appearances in this action.

The reasons for this motion are as follows:

1. An irretrievable breakdown in the attorney-client relationship has occurred and professional considerations require termination of undersigned counsel's representation of Plaintiff. *See* Maine Rule of Professional Conduct 1.16.

2. All deadlines should be stayed for a reasonable time to permit the Plaintiff to renew the process to find successor counsel, which

previously commenced in or about May 2017 with the Motion to Withdraw of predecessor counsel.

Wherefore, this Court should grant this Motion.

Date:  November 29, 2017                            Respectfully submitted,

/s/Stefan L. Jouret
Stefan L. Jouret

JOURET LLC
Two Center Plaza, Suite 610
Boston, MA 02108
(617) 523-0133 (telephone)
(617) 507-2576 (facsimile)
jouret@jouretLLC.com

*Attorney for Plaintiff*

## Certificate of Service

I hereby certify that on November 29, 2017, I served an electronic copy of this Motion upon the Plaintiff and also electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to the following:

Ronald W. Schneider, Jr., Esq.
rschneider@bernsteinshur.com

Peter F. Herzog, Esq.
pherzog@bernsteinshur.com

Date: November 29, 2017                              /s/ Stefan L. Jouret