David Murray
16 Trail Road
Casco, ME 04015
Demurr11@gmail.com



FEBRUARY 9, 2018

Jennifer Bennett, Case Manager
Honorable Judge D. Brock Hornby
Honorable Judge John H. Rich III
United States District Court, District of Maine
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101

Re:   *Murray v. Walmart Stores, Inc. et. al.*
      *Civil Action No. 2:15-cv-00484-DBH*
      *Request for Judicial Settlement Conference*

Dear Ms. Bennett,

     I am writing this letter to you today to share the following, I have only been focused on working to replace Attorney Stefan Jouret since his withdrawal on November 29, 2017, I am continuing to ensure that I have a fair opportunity at due process against Walmart Stores, Inc. et. al.

     I now have had a total of 120+ contacts/conversations/intakes as of writing this letter with no success to date.

     I am submitting this letter to the court requesting a Judicial Settlement Conference between myself (the Plaintiff) and the Defendant (Walmart Stores Inc.) with an Administrative Judge of the Court.

Attorney Jouret failed to work in my best interest prior to the mediation, during negotiation talks and afterwards as well. I am requesting a Judicial Settlement Conference with an Administrative Judge with hope of supporting a possible Settlement Agreement.

Thank You for taking the time to review my request.

Ms. Jenifer Bennett, Case Manager
Honorable Judge D. Brock Hornby
Honorable Judge John H. Rich III
February 9, 2018
Page 2

Sincerely,

David E. Murray

(207)-627-3209

cc: Honorable Judge D. Brock Hornby (by this letter), Honorable Judge John H. Rich III (by this letter), Ronald Schneider, Esq. (by this email), Peter Herzog (by this email) and Amber Atalla (by this email)

DEM

Ms. Jenifer Bennett, Case Manager
Honorable Judge D. Brock Hornby
Honorable Judge John H. Rich III