UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVID E. MURRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:15-cv-00484-DBH |
| | ) |
| WAL-MART STORES, INC. and | ) |
| WAL-MART STORES EAST, L.P. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE**

Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P. (collectively, "Defendants" or "Wal-Mart"), by and through counsel, hereby oppose Plaintiff David E. Murray's ("Plaintiff") Motion for Accommodation, Continuance and Stay of all deadlines ("the Motion")(ECF No. 124). Plaintiff's Motion should be denied because it unreasonably delays the resolution of what is already protracted litigation, the Court has already ruled on Plaintiff's Motion and Plaintiff fails to demonstrate "exceptional circumstances" to justify the stay of deadlines.

On February 7, 2018, the Court ordered that the Plaintiff be given until February 28, 2018 to find successor counsel (ECF No. 100). The Court further specified in the Order that, "[n]o further extensions will be granted, and if successor counsel does not appear by February 28, the plaintiff will be considered to be proceeding in this matter *pro se*." *Id*. During a telephonic court conference on July 13, 2018 to set remaining pretrial deadlines, the Plaintiff objected to Magistrate Judge Rich setting the remaining deadlines without providing him further opportunity to find new counsel (ECF No. 123). Responding to the Plaintiff's objection, Magistrate Judge Rich stated in his Order, "that in consideration of the factors enumerated in my previous order granting the plaintiff a final extension

1

for the same purpose, see ECF No. 100, as well as in consideration of the burden on the defendants, the court, and other litigants of a further delay after multiple earlier extensions, the equities weighed against leaving this case open-ended any longer." *Id*.

Plaintiff's latest Motion for an Accommodation, Continuance, and Stay of deadlines (ECF No. 124) in order to obtain counsel should be denied because the Court has already ruled on Plaintiff's Motion (ECF No. 100, 123). Plaintiff has been given full and fair opportunity to obtain counsel in this case and Plaintiff has failed to demonstrate "exceptional circumstances" justifying an additional extension of time to find successor counsel. Plaintiff is not incompetent and his mere difficulty in obtaining counsel is insufficient to warrant the unreasonable delay he requests.

WHEREFORE, Defendants respectfully request that this Court deny Plaintiff's Motion for Accommodation, Continuance and Stay of all deadlines.

Dated this 24th day of July, 2018.

/s/ Amber R. Attalla

Ronald W. Schneider, Jr.
Peter F. Herzog
Amber R. Attalla

BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
(207)774-1200 (t)
(207) 774-1127 (f)
rschneider@bernsteinshur.com
pherzog@bernsteinshur.com
aattalla@bernsteinshur.com

Attorneys for Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on the date indicated below the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system; that the same will be sent electronically to the following:

David E. Murray<br>
16 Trail Road<br>
Casco, ME 04015<br>
demurr11@gmail.com

Dated: July 24, 2018                   */s/ Amber R. Attalla*
                                                        Amber R. Attalla
                                                        BERNSTEIN SHUR
                                                        100 Middle Street, P.O. Box 9729
                                                        Portland, Maine 04104-5029
                                                        (207)774-1200 (t)
                                                        (207) 774-1127 (f)
                                                        aattalla@bernsteinshur.com

                                                        Attorney for Defendants