# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID E. MURRAY, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:15-CV-484-DBH |
| | ) | |
| WAL-MART STORES, INC., ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION

The plaintiff has filed an "Objection to Courts' Decision" attacking my ruling of September 24, 2018. I will treat it as a motion for reconsideration, and the motion for reconsideration is **DENIED**. The defendants say that it is moot because the deposition has now occurred. Whether or not it is moot, the plaintiff's arguments do not persuade me that my original ruling is incorrect and should be reconsidered.

**SO ORDERED.**

**DATED THIS 15TH DAY OF OCTOBER, 2018**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**