# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DAVID E. MURRAY, **Plaintiff** | )<br>)<br>) |
| v. | ) CIVIL NO. 2:15-cv-484-DBH |
| WAL-MART STORES, INC., ET AL., **Defendants** | )<br>)<br>) |

## ORDER AFFIRMING MAGISTRATE JUDGE'S MEMORANDUM DECISION AND ORDER ON MOTION TO AMEND COMPLAINT

On December 4, 2018, the United States Magistrate Judge entered his Memorandum Decision and Order denying the plaintiff's motion to amend complaint. The plaintiff filed an appeal of the Magistrate Judge's ruling on December 18, 2018. I have reviewed and considered the Magistrate Judge's Order, and I concur with the Magistrate Judge's Order because it is neither clearly erroneous nor contrary to law, and I determine that no further proceeding is necessary.

The plaintiff's objection is **OVERRULED** and the Magistrate Judge's Order is **AFFIRMED** because the Order is neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a).[1]

**SO ORDERED.**

**DATED THIS 10ᵀᴴ DAY OF JANUARY, 2019**

/s/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

---

[1] I would reach the same conclusion following a *de novo* review under Rule 72(b).