# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DAVID E. MURRAY, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>WAL-MART STORES, INC., ET AL., )<br>)<br>DEFENDANTS ) | CIVIL NO. 2:15-CV-484-DBH |

## ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER AND ORDER ON PLAINTIFF'S MOTION FOR STAY

On June 5, 2019, the United States Magistrate Judge entered an Order denying the plaintiff's motion for leave to file additional statements of material facts. The plaintiff filed an objection to the Magistrate Judge's ruling on June 6, 2019. I have reviewed and considered the Magistrate Judge's Order, and I concur with the Magistrate Judge's Order because it is neither clearly erroneous nor contrary to law, and I determine that no further proceeding is necessary.

The plaintiff's objection is **OVERRULED** and the Magistrate Judge's Order is **AFFIRMED** because the Order is neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a).[1]

The plaintiff's motion for a stay of all deadlines is **DENIED**.

**SO ORDERED.**

**DATED THIS 19TH DAY OF JUNE, 2019**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

---

[1] I would reach the same conclusion following a *de novo* review under Rule 72(b).