# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID E. MURRAY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 2:15-cv-00484-DBH |
| | ) | |
| WALMART STORES INC., et al., | ) | |
| | ) | |
| Defendant | ) | |

## ORDER ON PLAINTIFF'S MOTION TO RETAIN/PRESERVE CASE DOCKET AND RECORDS

The plaintiff has filed a "motion to retain, preserve (not purge) the case docket and all supporting records, exhibits, briefs, emails, (to encompass all communications) submitted to the court." (ECF No. 248.)

I **Deny** the motion for these reasons.

1. This court has no control over the state superior court case and docket to which the motion refers.

2. For official court records in this court, the court applies the existing judiciary records retention procedures. The plaintiff has shown no way in which they are inadequate. Some things the plaintiff refers to (*e.g.*, "telephone logs") do not exist.

It appears that what has prompted the plaintiff's concern is the entry of a purge deadline on the electronic docket. That "purge" refers to paper documents, all of which have already been scanned and entered on the ECF (electronic case files) docket. Thus, those paper documents are redundant of the records that

continue to exist and are available to the plaintiff electronically. National judiciary procedures permit disposal of paper documents once they have been scanned in their entirety into ECF.

**SO ORDERED.**

**DATED THIS 29TH DAY OF JANUARY, 2020**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**